# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of February, two thousand and sixteen.

Before:  Christopher F. Droney,
     *Circuit Judge.*

---

Mark Andrew Intoccia, Sr., on behalf of himself and all others similarly situated, Ronald F. Weilert, individually and on behalf of all others similarly situated, Ann M. Weilert, individually and on behalf of all others similarly situated,

  Plaintiffs - Appellants,

v.

Metropolitan Life Insurance Company,

  Defendant - Appellee.

---

**ORDER**

Docket No. 15-4189

  Appellants move the Court to hear this appeal in tandem with the three related cases of *Yale v. AXA Equitable Life Insurance Company*, Docket No. 15-2665; *Robainas, et al. v. Metropolitan Life Insurance Company*, Docket No. 15-3504; and *Yarbrough v. AXA Equitable Life Insurance Company*, Docket No. 15-3553; and request to be subject to the briefing schedule set out in the Court's December 15, 2015 Order in Docket No. 15-2665.

  IT IS HEREBY ORDERED that the motion is GRANTED.

        For the Court**:**

        Catherine O'Hagan Wolfe,
        Clerk of Court